**No. 46342.**—Petition 6128–R of E. H. Sargent & Co., Inc. (Chicago).

Opinion by Keefe, J. At the trial it was established that due diligence was exercised at the time of entry. From a careful consideration of the evidence the court was of the opinion that there was no intention to conceal or misrepresent the facts. The petition was therefore granted.

SEPTEMBER 16, 1941

**No. 46343.**——Protest 985703–G of Vanillaproco, Inc. C. D. 510. Motion of Government for rehearing denied.